UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTEE ORRICK FRANKLIN,

    Petitioner,

v.

BONITA HOFFNER,

    Respondent.
_____/

Case No. 1:13-CV-1267

HON. GORDON J. QUIST

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's February 19, 2014 Report and Recommendation recommending that Petitioner's habeas corpus petition be dismissed as barred by the one-year statute of limitations. The Report and Recommendation was duly served on Petitioner on February 20, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the February 20, 2014 Report and Recommendation (docket no. 7) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

Dated: March 19, 2014

                                                                           /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE